

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00088-CR

## IN RE RONALD WHITFIELD

### Original Proceeding

## MEMORANDUM  OPINION

Ronald Dwayne Whitfield, an inmate, filed a petition for writ of mandamus. There are procedural problems with the petition, but we use Rule 2 to look beyond those problems and deny the petition.  *See* TEX. R. APP. P. 2.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Petition denied
Opinion delivered and filed March 10, 2010
[OT06]